US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 2 8 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

CHARLES B. DYER, JR., AND
EDWARDS TITLE, LLC                                            **PLAINTIFFS**

VS.                        CASE NO.: 14-2229

**STEWART TITLE GUARANTY COMPANY**                  **DEFENDANTS**

### NOTICE OF REMOVAL

Defendant, Stewart Title Guaranty Company ("STGC"), for its Notice of Removal of this action from the Circuit Court of Crawford County, Arkansas, to the United States District Court, Western District of Arkansas under 28 U.S.C. §§ 1332, 1441, and 1445 states:

1.      This action was commenced on September 25, 2014, when the plaintiff filed their Complaint in the Circuit Court of Crawford County, Arkansas.

2.      This action is pending in the Circuit Court of Crawford County, Arkansas and is captioned *Charles B. Dyer, Jr., and Edwards Title, LLC v. Stewart Title Guaranty Company,* Case No. 17CV-14-281I.

3.      The defendant was served with Summons and Complaint on October 1, 2014. Therefore, Notice of Removal is timely under 28 U.S.C. § 1446(b).

4.      The defendant has not yet filed an answer to the Complaint. The defendant reserves the right to object to any defects as to personal jurisdiction, service of process, sufficiency of process, and any other defense available under Fed. R. Civ. P. 12.

## ORIGINAL JURISDICTION UNDER 28 U.S.C. § 1332

5. The plaintiffs are a citizen and resident of Crawford County, Arkansas, and a limited liability company organized and existing under and by virtue of the laws of the State of Arkansas.

6. Defendant, Stewart Title Guaranty Company, is a Texas corporation with its principal place of business in Houston, Texas. Therefore STGC is a citizen of Texas under 28 U.S.C. § 1332(c).

7. There is complete diversity of citizenship between the plaintiff and the defendant.

8. In plaintiffs' Complaint, the plaintiffs seek damages in the amount of Seven Hundred Fifty Thousand and no/100's Dollars ($750,000.00) and punitive damages in the amount of Seven Hundred Fifty Thousand and no/100's Dollars ($750,000.00).

9. The amount in controversy exceeds the sum of or value of Seventy-Five Thousand and no/100's Dollars ($75,000.00), exclusive of interest and costs.

10. The Court has original jurisdiction under 28 U.S.C. § 1332(a).

11. This Court is the appropriate court for removal of this action under 28 U.S.C. §1446(a).

## THE PROCEDURAL REQUISITES TO REMOVAL ARE MET

12. The defendant consents to the removal of this action.

13. Copies of all process, pleadings and orders served upon defendant or filed in this action in the Circuit Court of Crawford County, Arkansas, are attached to this Notice of Removal, along with a true and correct copy of the docket sheet from the State Court.

14. A copy of this Notice of Removal will be filed forthwith in the Circuit Court of Crawford County, Arkansas.

15.     All procedural requisites to removal have been met. Removal to this Court under 28 U.S.C. § 1441 is proper and effective hereby.

**WHEREFORE**, the defendant gives notice of removal of this action to this Court and respectfully requests all just and proper relief.

                             **Don A. Eilbott**
                             Don A. Eilbott-Attorney, PLC
                             Arkansas Bar Number 74042
                             Post Office Box 23870
                             Little Rock, Arkansas 72221
                             Telephone 501-225-2885
                             Facsimile  501-421-5653
                             dae@eilbottlaw.com

By: _____
            Don A. Eilbott, 74042

\

## CERTIFICATE OF SERVICE

I, Don A. Eilbott, an attorney herein, do hereby certify that the foregoing was filed with the Clerk of the United States District Court utilizing the CM/ECF system which shall send electronic notification of such filing to all parties of record on this 27th day of October, 2014.

Joseph C. Self
423 Rogers Avenue Suite 101
Fort Smith, AR 71901

Charles B. Dyer, Jr.
P.O. Box 414
Van Buren, AR 72957

                                                     _____
                                                           Don A. Eilbott